IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02028-WYD-MJW

ARLEN BRENNAMAN,

Plaintiff(s),

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

Defendant(s).

ORDER

Having received the parties' Notice of Settlement and a dismissal papers deadline having been set, it is ORDERED that the Scheduling Conference set December 4, 2008 at 9:30 a.m. is VACATED.

Date: December 3, 2008